IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

**v.** **INFORMATION**
**5:26mj53-MJF**

**JOSHUA D. DICKERSON**
_______________________________/

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

That on or about March 24, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

**JOSHUA D. DICKERSON,**

did unlawfully drive a motor vehicle with knowledge that his driver's license and driving privileges had been canceled, suspended, or revoked, in violation of Sections 322.34(2) and (10), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

_______________________________(for)
JOHN P. HEEKIN
United States Attorney

7/16/2026
DATE

FILED USDC FLND PN
JUL 17 '26 PM3:38